# Timeline of Transfers of Jose Hugo Estupinan by U.S. Law Enforcement

Case No. 22-20571-CR-Martinez/Becerra



DEFENDANT'S EXHIBIT 4

| Oct. 2 – arrested and detained on USS Wichita | Oct. 7 – Mr. Estupinan transferred to USCG Northland | Oct. 11 – Mr. Estupinan transferred to USCG Joseph Doyle |
|---|---|---|
| • Wichita headed to windward pass, took 3 days due to engine failure<br>• Wichita went to port _____ to be repaired after transfer | • Northland went to U.S. base in Guantanamo for repair on Oct. 11 | • Held on Joseph Doyle |

| Oct. 16 – Transferred from Joseph Doyle back to Northland | Oct. 20 – Transferred from Northland to Reliance | Oct. 26 – Transferred from Reliance to Northland |
|---|---|---|
| • Transfer occurred at _____<br>• Distance from U.S. was _____<br>• Joseph Doyle went to _____ after transfer | • Northland went in for repairs to _____ after transfer | • Reliance pulled into port for food and fuel at _____ port after transfer |

| Nov. 1 – Transferred from Northland to USCG Charles David Jr. | Nov. 8 – Transferred from Charles David Jr. to USCG Venturous | Nov. 11 – Transferred from Venturous to Northland |
|---|---|---|
| • "Because Charles David Jr. was passing by" windward pass<br>• Charles David Jr. was heading to Key West, in SDFL | • Transferred because DEA was "unable to receive them" in Key West<br>• Charles David Jr. went to Key West after transfer | • Northland was heading into Port Everglades<br>• Made landfall that day at _____ [time] |

Timeline of Transfers of Jose Hugo Estupinan

4

| Nov. 14 – Initial appearance in magistrate Court | Nov. 28 – Waiver of speedy trial from Nov. 28 – Dec. 1st signed | Nov. 30 – Indictment returned |
|---|---|---|
|  |  |  |