UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-20571-CR-MARTINEZ-BECERRA

UNITED STATES OF AMERICA

v.

JOSE HUGO ESTUPINAN, *et. al*,

Defendants.
_____/

## ORDER ON REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on Defendant Jose Hugo Estupinan's Motion to Dismiss, which Defendants Ramon Gabriel Bautista-Feliciano and Alcibiades Jimenez-Flores adopted. (ECF Nos. 29, 32, 33). After conducting an evidentiary hearing, Judge Becerra filed a Report and Recommendation ("R&R"), recommending that the Motion to Dismiss be denied. (ECF No. 50). Defendant Jose Hugo Estupinan filed objections to the R&R ("Objections"). (ECF No. 51). The Court, having conducted a *de novo* review of the record and the issues presented in the Objections, agrees with Magistrate Judge Becerra that the Motion to Dismiss must be denied. The Court overrules the Objections, (ECF No. 51).

Accordingly, after careful consideration, it is hereby **ADJUDGED** that

1. United States Magistrate Judge Becerra's Report and Recommendation, (ECF No. 50), is **AFFIRMED AND ADOPTED**.

2. Defendant's Motion to Dismiss, (ECF No. 29), is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20 day of March, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record